**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
E: wlitvak@drllaw.com
T: 310-477-5575

**HIRALDO P.A.,**
Manuel Hiraldo, Esq.
(*pro hac vice forthcoming*)
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
E: MHiraldo@Hiraldolaw.com
T: 954-400-4713

**EISENBAND LAW, P.A.**
Michael Eisenband, Esq.
(*pro hac vice*)
515 E Las Olas Blvd. Suite 120
Fort Lauderdale, Florida 33301
E: MEisenband@Eisenbandlaw.com
T: 954-533-4092

Attorneys for Plaintiff,
JUSTIN SEEDMAN, individually and on behalf of all others similarly situated,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SEEDMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MINDBODY, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 2:20-cv-03397<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT
1

Plaintiff, Justin Seedman, and Defendant Mindbody Inc., by and through their undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's individual claim. Plaintiff anticipates filing a Notice of Voluntary Dismissal within twenty-five (25) days.

Dated: 8/24/20

Respectfully submitted,

| EISENBAND LAW, P.A. | DLA PIPER LLP (US) |
|---|---|
| */s/ Michael Eisenband* <br> (pro hac vice) <br> 515 E. Las Olas Boulevard, Suite 120 <br> Ft. Lauderdale, Florida 33301 <br> Michael Eisenband <br> Telephone: 954.533.4092 <br> MEisenband@Eisenbandlaw.com | */s/ Michael J. Fluhr* <br> Michael J. Fluhr <br> Bar NO. CA-277372 <br> 555 Mission St., Ste 2400 <br> San Francisco, California <br> Tel.: (415) 836-2500 <br> Michael.fluhr@us.dlapiper.com |
| Counsel for Plaintiff | Attorneys for Defendant |