**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
E: wlitvak@drllaw.com
T: 310-477-5575

**HIRALDO P.A.,**
Manuel Hiraldo, Esq.
(*pro hac vice forthcoming*)
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
E: MHiraldo@Hiraldolaw.com
T: 954-400-4713

**EISENBAND LAW, P.A.**
Michael Eisenband, Esq.
(*pro hac vice*)
515 E Las Olas Blvd. Suite 120
Fort Lauderdale, Florida 33301
E: MEisenband@Eisenbandlaw.com
T: 954-533-4092

Attorneys for Plaintiff,
JUSTIN SEEDMAN, individually and on behalf of all others similarly situated,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN SEEDMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MINDBODY, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:20-cv-03397<br><br>**<u>CLASS ACTION</u>**<br><br>**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
1

Plaintiff Justin Seedman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff, individually, are hereby dismissed with prejudice. All claims of the proposed Class are dismissed without prejudice.

Dated: 9/18/2020

Respectfully submitted,

**EISENBAND LAW, P.A.**

<u>/s/ Michael Eisenband</u>
<u>(pro hac vice)</u>
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Michael Eisenband
Telephone: 954.533.4092
MEisenband@Eisenbandlaw.com

Counsel for Plaintiff